1  Lawrence Brewster
   Regional Solicitor
2  Daniel J. Chasek
   Associate Regional Solicitor
3  **Luis A. Garcia, Attorney** (CSBN #146876)
   Office of the Solicitor (SOL#1018763)
4  United States Department of Labor
   350 So. Figueroa St., Suite 370
5  Los Angeles, California 90071-1202
        Telephone: (213) 894-2681
6       Facsimile:  (213) 894-2064
        Garcia.luis.a@dol.gov
7  Attorneys for the Petitioner
   Hilda L. Solis, Secretary of Labor
8

9

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12                    WESTERN DIVISION

13

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, | CIVIL ACTION NO.: CV10-3096 DSF (MANx) |
| Petitioner, v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| STARWOOD SECURITY, INC., a California corporation doing business as STARWOOD SECURITY; ANDREW J. PADILLA, JR., an individual, also known as ANDREW PADILLA, and doing business as STARWOOD SECURITY, | [Accompanying document: Declaration of Andrew G. Padilla, Jr. Re: Certification of Compliance with Wage and Hour Administrative Subpoena *Duces Tecum*] |
| Respondents. | |

NOTICE OF VOLUNTARY DISMISSAL                              Page 1 of 3

| | |
|---|---|
| 1 | Respondents STARWOOD SECURITY, INC., a California corporation doing |
| 2 | business as STARWOOD SECURITY and ANDREW G. PADILLA, JR., also known as |
| 3 | ANDREW PADILLA, and erroneously sued as Andrew J. Padilla Jr., and doing busi- |
| 4 | ness as STARWOOD SECURITY, have now complied with Petitioner HILDA L. |
| 5 | SOLIS, Secretary of Labor, United States Department of Labor ("Petitioner")'s adminis- |
| 6 | trative subpoena *duce tecum* that is the subject of this proceeding ("Subpoena") as at- |
| 7 | tested to in the accompanying the *Declaration of Andrew G, Padilla, Jr. Re: Certifica-* |
| 8 | *tion of Compliance with Wage and Hour Administrative Subpoena Duces Tecum.* |
| 9 | Therefore, no further action is needed to enforce the Subpoena and, |
| 10 | **NOTICE IS HEREBY GIVEN** that pursuant to Fed. R. Civ. Pro. 41(a)(1), Peti- |
| 11 | tioner voluntarily dismisses the above-captioned action without prejudice. |

Dated: July 28, 2010

         M. PATRICIA SMITH
         Solicitor of Labor

         LAWRENCE BREWSTER
         Regional Solicitor

         DANIEL J. CHASEK
         Associate Regional Solicitor

          s/Luis A. Garcia
         LUIS A. GARCIA
         Attorneys for Petitioner
         Secretary U.S. Department of Labor

**DECLARATION OF SERVICE**

I, the undersigned declarant, hereby say:

1. I am over the age of 18 years and am not a party to this litigation.

2. I am an employee employed in the office of the attorney of record herein for the U.S. Department of Labor, at whose direction the service referred to herein was effected.

3. On the date of execution of this Declaration, I caused to be served on each other party to this litigation a true and correct copy of the attached **NOTICE OF VOLUNTARY DISMISSAL** by depositing in a U.S. Postal Service mail box located in Los Angeles, California, a copy thereof in sealed, postage-paid envelope(s) addressed to:

Starwood Security, Inc. and Andrew G. Padilla, Jr.
c/o James Thomas Stalter, Esq.
500 North State College Boulevard
Suite 1370
Orange, California 92868

4. This Declaration was duly executed in Los Angeles, California, and was so executed on the date that is specified below just above my signature as the declarant of this Declaration.

I have read this Declaration; and I hereby say, under penalty of perjury, that this Declaration is true and correct.

Dated: July 28, 2010

             s/Luis A. Garcia
             Luis A. Garcia, Declarant