Lawrence Brewster
Regional Solicitor
Daniel J. Chasek
Associate Regional Solicitor
**Luis A. Garcia, Attorney** (CSBN #146876)
Office of the Solicitor (SOL#1018809)
United States Department of Labor
350 So. Figueroa St., Suite 370
Los Angeles, California 90071-1202
    Telephone: (213) 894-2681
    Facsimile:  (213) 894-2064
    Garcia.luis.a@dol.gov
Attorneys for the Petitioner
Secretary of Labor

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>Petitioner,<br>v.<br><br>STARWOOD SECURITY, INC., a California corporation doing business as STARWOOD SECURITY; ANDREW J. PADILLA, JR., an individual, also known as ANDREW PADILLA, and doing business as STARWOOD SECURITY,<br><br>Respondents. | CIVIL ACTION NO.: CV10-3096 DSF (MANx)<br><br>**DECLARATION OF ANDREW G. PADILLA, JR. RE: CERTIFICATION OF COMPLIANCE WITH WAGE AND HOUR ADMINISTRATIVE SUBPOENA *DUCES TECUM*.** |

**I, ANDREW G. PADILLA, JR.**, declare as follows:

1. I am the President and agent for service of process for Respondent STARWOOD SECURITY, INC., a California corporation doing business as STARWOOD SECURITY ("Starwood Security"). I am erroneously identified in the Secretary of Labor's Petition to Enforce Administrative Subpoena *Duces Tecum* as Andrew J. Padilla, Jr. I am also known as ANDREW PADILLA, and I conduct business under the name of Starwood Security.

2. I am the custodian of the books and records for Starwood Security. I have first hand personal knowledge of the matters stated in my declaration, and if necessary, I could and would competently testify in court about these same matters.

3. On February 10, 2010, I received and accepted from the East Los Angeles District Office, Wage and Hour Division, United States Department of Labor ("Wage and Hour") an administrative subpoena *duces tecum* dated February 10, 2010 and issued to Starwood Security and to me ("Subpoena"). Wage and Hour served Starwood Security and me with the Subpoena at my home and business address located at 527 Sydney Drive, Los Angeles, California 90022 ("Residence"). A true and correct copy of the Subpoena is attached hereto as Exhibit 1 and is incorporated herein by this reference.

4. On May 13, 2010, Starwood Security and I were sub-served by a Wage and Hour investigator through my nephew, Anthony Padilla, with copies of the Secretary's Petition to Enforce Administrative Subpoena Duces Tecum, Civil Case Cover Sheet, Notice of Assignment to United States Magistrate Judge for Discovery, Memorandum of Points and Authorities in Support of Secretary's Petition to Petition to Enforce Administrative Subpoena Duces Tecum, Declaration of George Friday in Support of Secretary's Petition to Petition to Enforce Administrative Subpoena Duces Tecum, Declaration of Abel Gervacio in Support of Secretary's Petition to Petition to Enforce Administrative Subpoena Duces Tecum, Declaration of Luis A. Garcia in Support of Secretary's Petition to Petition to Enforce Administrative Subpoena Duces Tecum, Lodged Proposed Order, Lodged Order to Show Cause, ADR Pilot Program' ADR Program Questionnaire, and the Court's Order dated May 6, 2010.

5. On June 15, 2010, I was personally served, in my individual capacity and as and officer and the agent for service of process for Starwood Security, by a Wage and Hour investigator at my Residence with copies of the Court's Order on Secretary of Labor's Petition to Enforce Administrative Subpoena Duces Tecum dated June 14, 2010 ("Order")

6. On June 23, 2010, at approximately 10:00 a.m., in response to the Court's Order, I delivered to counsel for the Secretary of Labor, Luis A. Garcia, documents responsive to the Subpoena at the following address: 350 South Figueroa Street, Suite 370, Los Angeles, California. I was accompanied by my attorney, James Thomas Stalter.

7. I caused a search to be made of all the records and files in the care, custody and control of Starwood Security for the records, documents and other tangible things demanded by the Subpoena. Further, I caused a search to be made of all the records and files in the possession, custody, or control of all present and former agents, representatives, attorneys, accountants, and other persons who have acted, or are presently acting, on behalf of Starwood Security, for the records, documents and other tangible things demanded by the Subpoena. Lastly, I caused a search to be made of all the records and files in my own possession, custody, or control for the records, documents and other tangible things demanded by the Subpoena.

8. I hereby state and certify that all documents, records, materials and other information responsive to the Subpoena have now been produced and made available to Wage and Hour. I further state and certify that there are no other documents, records, materials or other tangible things responsive to the Subpoena that have been withheld by Starwood Security or by me on any grounds.

Executed on June 23, 2010, at Los Angeles, California, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

STARWOOD SECURITY, INC.,
a California corporation d.b.a.
STARWOOD SECURITY
By: _____
Name: Andrew G. Padilla, Jr.
Title: President

_____
ANDREW G. PADILLA, JR. a.k.a.
ANDREW PADILLA, an individual

# UNITED STATES OF AMERICA

## DEPARTMENT OF LABOR

## WAGE AND HOUR DIVISION

## SUBPOENA DUCES TECUM

TO: Starwood Security, Inc.

Mr. Andrew Padilla

527 Sydney Drive

Los Angeles, CA 90022

You are hereby required to appear before Assistant District Director Daniel Pasquil, Los Angeles District Office of the WAGE AND HOUR DIVISION, UNITED STATES DEPARTMENT OF LABOR, at 100 North Barranca Ave., #850 in the City of West Covina, California 91791 on the 26th day of February, 2010, at 10:00 o'clock a.m. of that day, to testify and to bring with you and produce at that time and place, all books, documents, and other tangible things, regarding the wages, hours, and all other conditions and practices of employment maintained by Starwood Security, Inc., during the period from November 11, 2006, to the present, and regarding all the other matters which are specifically described in the Attachment #1 attached hereto and made a part of this subpoena by this reference.

**FAIL NOT AT YOUR PERIL**

IN TESTIMONY WHEREOF I have hereunto affixed my signature and the seal of the UNITED STATES DEPARTMENT OF LABOR at San Francisco, CA, on this 10th day of February, 2010.

REGIONAL ADMINISTRATOR, WAGE AND HOUR DIVISION, UNITED STATES DEPARTMENT OF LABOR

NOTICE TO WITNESS: If a claim is made for witness fees or mileage, this subpoena should accompany voucher.

Exhibit 1                    Page 4 of 7

Attachment 1

1) All records, books, and other documents which identify, relate to, or otherwise contain the (i) names, (ii) addresses, (iii) occupations, (iv) rate of pay (hourly, piece or other), (v) total daily/weekly straight time earnings, (vi) total daily/weekly piecerate earnings, (vii) total additional pay per hours worked weekly over 40 hours, (viii) total wages paid weekly, (ix) total deductions made from wages paid weekly, (x) and total daily/weekly hours worked for all former and current individuals employed by Starwood Security, Inc. including any records of payments made in cash for the period from November 11, 2006 to the present.

2) All records, books, and other documents which identify, relate to, or otherwise contain the (i) names, (ii) addresses, (iii) occupations, (iv) rate of pay (hourly, piece or other), (v) total daily/weekly straight time earnings, (vi) total daily/weekly piecerate earnings, (vii) total additional pay per hours worked weekly over 40 hours, (viii) total wages paid weekly, (ix) total deductions made from wages paid weekly, (x) and total daily/weekly hours worked for all former and current individuals employed by Andrew Padilla individually or doing business as Starwood Security including any records of payments made in cash for the period from November 11, 2006 to the present.

3) All records, books, and other documents which contain the names, addresses, social security numbers, and telephone numbers of all former and current persons employed by Starwood Security, Inc. including all forms I-9 for the period from November 11, 2006 to the present.

4) All records, books, or other documents which identify, relate to, or that otherwise contain the names, addresses, telephone numbers and contact persons of all clients of Starwood Security, Inc., for the period from November 11, 2006 to the present.

5) All tax returns of Starwood Security, Inc. and Andrew Padilla doing business as Starwood Security including supporting work papers and schedules reflecting, referring or relating to the annual dollar volume of sales or business done for calendar years 2006 to date.

6) All tax returns for Starwood Security, Inc. and Andrew Padilla doing business as Starwood Security including supporting work papers and schedules reflecting, referring or relating to the payment of wages, including IRS forms W-2, W-4, 940, 941 and 1099 to employees or independent contractors for calendar years 2006 to date.

7) All records, books, and other documents which identify, relate to, or otherwise contain information reflecting, referring, or relating to the total volume of sales or earnings of Starwood Security, Inc. including, but not limited to, sales records, orders, shipping records, and billing records.

Exhibit 1   Page 5 of 7

8) Copies of all cancelled checks used to pay employees of Starwood Security, Inc. and employees of Andrew Padilla individually or doing business as Starwood Security from November 11, 2006 to present.

9) All cash pay/reimbursement journals of Starwood Security, Inc. and Andrew Padilla individually or doing business as Starwood Security from November 11, 2006 to present.

10) All general ledgers of Starwood Security, Inc. and Andrew Padilla individually or doing business as Starwood Security from November 11, 2006 to present.

11) All materials expense journals of Andrew Padilla individually and/or doing business as Starwood Security, Inc. from November 11, 2006 to present.

12) All billing and invoice documents, including payment invoices and corresponding documentation for work performed by Starwood Security, Inc. from November 11, 2006 to present.

Exhibit 1                                Page 6 of 7

# RETURN OF SERVICE

I hereby certify that a duplicate original of the within subpoena was duly served on the person named herein as follows:

Name of Person Making Service: **ERIC W. WILLIAMS**
*Print*

*Eric W. Williams*
*Signature*

Date of Service: **02/10/2010**
*Month, Day, Year*

Time of Day: **11:05**
☒ AM ☐ PM

In the following manner: *(check one)*

☒ personally delivering the subpoena to the person named herein

☐ leaving the subpoena at the principal office or place or business located at:

**Starwood Security, Inc.**
*Company*

**Mr. Andrew Padilla**          **Owner**
*Person served*                  *Title*

**527 Sydney Drive**
*Address*

**Los Angeles**          **CA**          **90022**
*City*                    *State*          *ZIP*

Exhibit 1                                    Page 7 of 7